**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CRUISE PARTNERS, LLC, a
Pennsylvania limited liability company,

       Plaintiff,

Case No. 21-cv-20604

v.

ROYAL CARIBBEAN CRUISES LTD., a
foreign corporation.

       Defendant.

_____

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT ROYAL CARIBBEAN CRUISES LTD**

Defendant Royal Caribbean Cruises Ltd. ("RCCL"), files this Stipulation for Substitution of Counsel, and requests that David M. Levine, Esq., and Paola Sanchez Torres, Esq. of Sanchez Fischer Levine, LLP, be substituted as counsel for RCCL in place of Yamilet Hurtado, Esq., and that Ms. Hurtado be relieved of further responsibility as counsel of record for RCCL in this matter. As demonstrated by the attached Consent of Client, RCCL agrees to this substitution of counsel. A proposed Order on this stipulation is attached hereto as **Exhibit A**.

[Signature Block, Certificate of Service, and Consent of Client to Follow]

1

Dated: January 28, 2022								Respectfully submitted,

| | |
|---|---|
| **ROYAL CARIBBEAN CRUISES LTD.** <br> 1050 Caribbean Way <br> Miami, Florida 33132 <br> Telephone: (305) 539-6334 <br><br> By: */s/ Yamilet Hurtado* <br> Yamilet Hurtado, Esq. <br> Email: yhurtado@rccl.com <br> Florida Bar No.: 95607 | **SANCHEZ FISCHER LEVINE, LLP** <br> 1200 Brickell Avenue, Suite 750 <br> Miami, Florida 33131 <br> Telephone: (305) 925-9947 <br><br> By: */s/ David M. Levine* <br> David M. Levine, Esq. <br> Email: dlevine@sfl-law.com <br> Secondary email: eservice@sfl-law.com <br> Florida Bar No.: 84431 <br> Paola Sanchez Torres, Esq. <br> Email: psanchez@sfl-law.com <br> Florida Bar No.: 99639 <br> *Counsel for Royal Caribbean Cruises Ltd.* |

## **CONSENT OF CLIENT**

I have reviewed the above Stipulation for Substitution of Counsel, and do hereby consent to the terms and conditions of the stipulation.

Dated: January 28, 2022

                                                /s/ Ernesto Miguel Rubi
                                                By: Ernesto Miguel Rubi
                                                Associate Vice President, Associate Counsel
                                                Royal Caribbean Cruises Ltd.

## **CERTIFICATE OF SERVICE**

I CERTIFY that on January 28, 2022, the foregoing document was e-filed through the ECF/CMF system, which will serve all counsel of record.

By: */s/ David M. Levine*
David M. Levine, Esq.