# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CRUISE PARTNERS, LLC a
Pennsylvania limited liability company,

Case No. 21-cv-20604

     Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., a
foreign corporation.

     Defendant.

_____

**[PROPOSED] ORDER GRANTING**
**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT ROYAL CARIBBEAN CRUISES LTD.**

**THIS MATTER** came before the Court on the Stipulation for Substitution of Counsel for

Defendant Royal Caribbean Cruises Ltd. (the "Stipulation") [ECF No.   ]. The Court, having

reviewed the Stipulation, the record in this case, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that David M. Levine, Esq. (Fla. Bar No. 84431) and

Paola Sanchez Torres, Esq. (Fla. Bar No. 99639) of the law firm of Sanchez Fischer Levine, LLP,

are hereby substituted as counsel of record for Defendant Royal Caribbean Cruises Ltd., and that

Yamilet Hurtado, Esq. (Fla. Bar No. 95607) is hereby relieved of all further responsibility for the

representation of Defendant Royal Caribbean Cruises Ltd. in this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on January ___, 2022.


_____
HON. JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE

**Copies furnished to:** *All counsel of record via CM/ECF*