# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CRUISE PARTNERS, LLC, a
Pennsylvania limited liability company,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD., a
foreign corporation.

      Defendant.

Case No. 21-cv-20604

### [PROPOSED] AGREED ORDER ON JOINT STIPULATION FOR STAY PENDING ARBITRATION AND TO SEAL CONFIDENTIAL MATERIAL

THIS CAUSE is before the Court on the Joint Stipulation for Stay Pending Arbitration and to Seal Confidential Material ("Stipulation") filed by Plaintiff Cruise Partners, LLC ("Cruise Partners") and Defendant Royal Caribbean Cruises Ltd. ("RCCL") (collectively, the "Parties") [ECF No. 11].  The Court has reviewed the Stipulation and is fully advised. Accordingly, it is hereby **ORDERED** as follows:

1.      This action is hereby stayed pending resolution of the arbitration pursuant to the Parties' agreement.

2.      The Clerk of Court is hereby instructed to redact paragraphs 10, 11, and 12 of the Complaint [ECF No. 1] and to seal Exhibits A and B thereto [ECF No. 1, pp. 8-41], from the public record (the "Sealed Pleadings").

3.      The Clerk of Court is hereby also instructed to remove the currently filed unredacted Complaint and currently filed unredacted exhibits to the Complaint [ECF No. 1], from the public record.

4.      The Sealed Pleadings shall remain under seal pending resolution of the arbitration pursuant to the Parties' agreement and shall be destroyed after this case is closed.

5.      The Clerk of Court shall *administratively* close this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on March ___, 2022.


_____
HON. JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE

**Copies furnished to:** *All counsel of record via CM/ECF*